IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRADLEY JOSEPH STEIGER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv594-MHT |
| | ) | (WO) |
| MICHAEL STRICKLAND, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be dismissed without prejudice because he has failed to exhaust state remedies.  Also before the court is petitioner's motion for reconsideration (doc. no. 70), which the court construes as objections to the recommendation.  After an independent and de novo review of the record, including petitioner's response to the order to show cause (doc. no. 65), the court

concludes that petitioner's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of December, 2016.

                                              /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**