IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRADLEY JOSEPH STEIGER,     )
                            )
    Petitioner,              )
                            )   CIVIL ACTION NO.
    v.                       )     2:16cv594-MHT
                            )          (WO)
MICHAEL STRICKLAND,          )
et al.,                      )
                            )
    Respondents.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (doc. no. 70) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 62) is adopted.

(3) The petition for writ of habeas corpus (doc. nos. 22 & 27) is dismissed without prejudice because petitioner has failed to exhaust state remedies.

(4) All pending motions are denied as moot, and all

**other pending objections are overruled.**

**It is further ORDERED that costs are taxed against petitioner, for which execution may issue.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 16th day of December, 2016.**

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**